```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| ALLIANZ GLOBAL CORPORATE & SPECIALITY SE,<br><br>                Plaintiff,<br><br>    v.<br><br>OPTIMA LLC, et al.,<br><br>                Defendants. | Civil No. 18-8196 (NLH/JS) |

## **SCHEDULING ORDER IN ARBITRATION CASE**

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference on October 10, 2018; and the Court noting the following appearances: James A. Saville, Jr., Esquire, appearing on behalf of plaintiff; and Thomas M. Reardon, III, Esquire, and John T. Coyne, Esquire, appearing on behalf of defendants.

IT IS this **10th** day of **October, 2018**, hereby **ORDERED**:

1. This matter is subject to compulsory arbitration pursuant to L. Civ. R. 201.1.

2. The parties shall serve Fed. R. Civ. P. 26(a) disclosures on or before **November 1, 2018**.

3. By **November 15, 2018,** Berkshire Hathaway shall respond to defendant's third-party complaint.

4. By **November 15, 2018,** the parties shall forward a joint letter to the Court stating that they have conferred pursuant to L. Civ. R. 26.1(b)(2) and 26.1(d) concerning discovery of digital information and advise whether the parties have agreed on computer-based and other digital discovery matters. All disputes shall be identified in the joint letter. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

5. Initial written discovery requests shall be served by **November 15, 2018.** Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

6.  By **November 30, 2018,** the parties shall serve the Court with an agreed upon Discovery Confidentiality Order that complies with L. Civ. R. 5.3 or a copy of the latest version of the Order with a list of the issues in dispute. Unless good cause is shown, the parties shall use the form included as Appendix S to the Local Civil Rules of Procedure. The applicable rule no longer requires that a separate Certification be served.

7.  The time within which to seek amendments to the pleadings or to add new parties will expire on **December 3, 2018.** Except as otherwise permitted in the Federal and Local Rules of Civil Procedure, leave of court is necessary to file an amended pleading.

8.  Pretrial factual discovery is hereby extended to **January 31, 2019**.

9.  The parties have advised the Court that they do not presently intend to name trial experts.

10. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **February 28, 2019,** in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

11. **Arbitration.** This case will be scheduled for arbitration pursuant to L. Civ. R. 201.1  The Clerk will advise counsel of the time and place of arbitration. By copy of this Order, the Clerk will be requested to schedule the arbitration for a date in **April 2019.**

12. **Joint Final Pretrial Order.** If counsel requests a trial de novo after arbitration, the date for the submission of the Joint Final Pretrial Order will be set in a future Scheduling Order.

13.  At least three (3) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

14.  The Court will conduct a telephone status conference on **January 17, 2019 at 10:00 a.m. Counsel for plaintiff shall initiate the telephone call.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                    s/ Joel Schneider
                                                    JOEL SCHNEIDER
                                                    United States Magistrate Judge